ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Kondazi Enterprise | ) ASBCA No. 63628 |
| | ) |
| Under Contract No. W911RX-22-P-0031 | ) |

APPEARANCES FOR THE APPELLANT:        Daniel J. Strouse, Esq.
                                      Rhina M. Cardenal, Esq.
                                        Cordatis LLP
                                        Arlington, VA

APPEARANCES FOR THE GOVERNMENT:      Scott N. Flesch, Esq.
                                        Army Chief Trial Attorney
                                      John C. Degnan, Esq.
                                        Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: October 2, 2023

RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63628, Appeal of Kondazi Enterprise, rendered in conformance with the Board's Charter.

Dated: October 2, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals